

BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF:

ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02520-40113, HELD IN THE NAME OF DEBORAH A. BARNES AND DIVISIDERO 99 CENT PLUS STORE,

ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02690-71631, HELD IN THE NAME OF DIVISIDERO 99 CENT PLUS STORE,

ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02527-74822, HELD IN THE NAME OF DEBORAH A. BARNES AND DIVISIDERO 99 CENT PLUS STORE,

ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02525-43591, HELD IN THE NAME OF HERMAN KEESE, JR.,

ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 38101854-4882, HELD IN THE NAME OF HERMAN KEESE AND DEBORAH BARNES,

2008 CHEVROLET TOW TRUCK, VIN: 1GBE5C1908F412857, SOUTH CAROLINA LICENSE PLATE NUMBER: P400671,

S W NO. 2'12 - SW - 0094   EFB

ORDER RE: REQUEST TO SEAL DOCUMENTS

```
 1  2008 GMC TOW TRUCK,                )
    VIN: 1GDE5C1918F409165,            )
 2  SOUTH CAROLINA LICENSE PLATE       )
    NUMBER: P406276,                   )
 3                                     )
    2008 HARLEY DAVIDSON MOTORCYCLE,   )
 4  VIN: 1HD1FC4378Y636113,            )
    CALIFORNIA LICENSE PLATE           )
 5  NUMBER: 19N5809,                   )
                                       )
 6  2011 HARLEY DAVIDSON MOTORCYCLE,   )
    VIN: 1HD1KH418BB658493,            )
 7  SOUTH CAROLINA LICENSE PLATE       )
    NUMBER: ZC37745,                   )
 8                                     )
    2006 DODGE RAM TRUCK,              )
 9  VIN: 3D7MX48C36G147958,            )
    SOUTH CAROLINA LICENSE PLATE       )
10  NUMBER: HAS984,                    )
                                       )
11  2007 CHEVROLET CORVETTE,           )
    VIN: 1G1YY36UX75113970,            )
12  SOUTH CAROLINA LICENSE PLATE       )
    NUMBER: FPD572,                    )
13                                     )
    2005 INFINITI G35,                 )
14  VIN: JNKCV54E65M420670,            )
    CALIFORNIA LICENSE PLATE           )
15  NUMBER: 5YUF420,                   )
                                       )
16  1998 FORD EXPEDITION,              )
    VIN: 1FMRU1765WLC31944,            )
17  CALIFORNIA LICENSE PLATE           )
    NUMBER: 4ZUV568,                   )
18                                     )
              Defendants               )
19  _____)
```

20    Upon application of the United States of America and good
21 cause having been shown,
22    IT IS HEREBY ORDERED that the seizure warrant and seizure
23 warrant affidavit underlying the seizure warrant in the above-
24 captioned proceeding shall be filed under seal and shall not be
25 disclosed to any person unless otherwise ordered by this Court,
26 ///
27 ///
28 ///

1 | with the exception that a copy of the seizure warrant will be
2 | left at the scene of the seizure and with the account holder.
3 | Date: 3-5-2012

EDMUND F. BRENNAN
United States Magistrate Judge